No. 5047.—Rossy, apldo., *v.* Del Valle, aplte.—C. D. San Juan. Nov. 5, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Desestimada la apelación a petición del apelado porque habiendo sido interpuesta el 24 de junio último no se ha solicitado preparación de transcripción de evidencia ni se han radicado tampoco los autos en el Tribunal Supremo.

No. 5023.—J. Octavio Seix & Co., Inc., aplte. *v.* Ramírez Hostos, apldo.—C. D. San Juan. Nov. 5, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Vista la moción que antecede sobre desestimación de la presente apelación, y apareciendo de los autos que ha vencido con exceso la última prórroga concedida a la parte apelante para presentar su alegato, sin que hasta la fecha lo haya presentado ni solicitado nueva prórroga para ello: se declara con lugar la referida moción y se desestima la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de San Juan con fecha 23 de mayo de 1929, en el caso arriba expresado.